660 A.2d 510

IN THE MATTER OF JOHN J. MAHONEY,
AN ATTORNEY AT LAW.

July 17, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court on May 18, 1995, recommending that **JOHN J. MAHONEY** of **NEW PROVIDENCE**, who was admitted to the bar of this

State in 1981, be suspended from the practice of law for a period of three months, respondent and the Office of Attorney Ethics having stipulated to respondent's violation of *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.15(b) (failure to safeguard client property) and *Rule* 1:21–6 (recordkeeping);

And the Disciplinary Review Board further recommending that on reinstatement to practice respondent practice under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **JOHN J. MAHONEY** is hereby suspended from practice for a period of three months, effective August 7, 1995, and until the further Order of the Court; and it is further

ORDERED that on reinstatement respondent practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.